ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
TAMAR KOUYOUMJIAN (SBN 254148)
Assistant United States Attorney
    Room 7211, Federal Building
    300 North Los Angeles Street
    Los Angeles, California  90012
    Telephone:  (213) 894-7388
    Facsimile:  (213) 894-0115
    Email: tamar.kouyoumjian@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

SACV11-00067 AG (RNBx)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. |
| Petitioner, | [PROPOSED] ORDER TO SHOW CAUSE |
| vs. | |
| STACY BAKER-KOFOED, | |
| Respondent. | |

Upon the Petition and supporting Memorandum of Points and

Authorities, and the supporting Declaration to the Petition, the

Court finds that Petitioner has established its *prima facie* case

for judicial enforcement of the subject Internal Revenue Service

("IRS" and "Service") summonses. *See* United States v. Powell,

379 U.S. 48, 57-58, 85 S.Ct. 248, 13 L.Ed.2d 112 (1964); *see also*

Crystal v. United States, 172 F.3d 1141, 1143-1144 (9th Cir.

1999); United States v. Jose, 131 F.3d 1325, 1327 (9th Cir.

1997); Fortney v. United States, 59 F.3d 117, 119-120 (9th Cir.

1 1995) (the Government's *prima facie* case is typically made

2 through the sworn declaration of the IRS agent who issued the

3 summons); *accord*, <u>United States v. Gilleran</u>, 992 F.2d 232, 233

4 (9th cir. 1993).

5     **THEREFORE, IT IS ORDERED** that Respondent appear before this

6 District Court of the United States for the Central District of

7 California in Courtroom No. 10D ,

8 _____ United States Courthouse
        312 North Spring Street,
9         Los Angeles, California 90012

10

11 _____ Roybal Federal Building and United States Courthouse
        255 E. Temple Street,
12         Los Angeles, California 90012

13

14 _X_ Ronald Reagan Federal Building and United States Courthouse
        411 West Fourth Street,
15         Santa Ana, California 92701

16

17 _____ Brown Federal Building and United States Courthouse
        3470 Twelfth Street, Riverside, California 92501
18

19 on **March 14, 2011**, at 10:00 a.m.

20 and show cause why the testimony and production of books, papers,

21 records and other data demanded in the subject Internal Revenue

22 Service summonses should not be compelled.

23     **IT IS FURTHER ORDERED** that copies of this Order, the

24 Petition, Memorandum of Points and Authorities, and accompanying

25 Declaration be served promptly upon Respondent by any employee of

26 the Internal Revenue Service or by the United States Attorney's

27 Office, by personal delivery, or by leaving copies of each of the

28 foregoing documents at the Respondent's dwelling or usual place

1 of abode with someone of suitable age and discretion who resides
2 there, or by certified mail.

3     **IT IS FURTHER ORDERED** that within ten (10) days after
4 service upon Respondent of the herein described documents,
5 Respondent shall file and serve a written response, supported by
6 appropriate sworn statements, as well as any desired motions.
7 If, prior to the return date of this Order, Respondent files a
8 response with the Court stating that Respondent does not desire
9 to oppose the relief sought in the Petition, nor wish to make an
10 appearance, then the appearance of Respondent at any hearing
11 pursuant to this Order to Show Cause is excused, and Respondent
12 shall be deemed to have complied with the requirements of this
13 Order.
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1     **IT IS FURTHER ORDERED** that all motions and issues raised by

2   the pleadings will be considered on the return date of this

3   Order.   Only those issues raised by motion or brought into

4   controversy by the responsive pleadings and supported by sworn

5   statements filed within ten (10) days after service of the herein

6   described documents will be considered by the Court.   All

7   allegations in the Petition not contested by such responsive

8   pleadings or by sworn statements will be deemed admitted.

9

10   DATED: 1/14/11                              _____

11                                              ANDREW J. GUILFORD
                                               United States District Judge

12   Presented By:

13   ANDRÉ BIROTTE JR.
     United States Attorney
14   SANDRA R. BROWN
     Assistant United States Attorney
15   Chief, Tax Division

16

17   _____

18   TAMAR KOUYOUMJIAN
     Assistant United States Attorney
     Attorneys for United States of America
19   Petitioner

20

21

22

23

24

25

26

27

28

                                    4